**Electronically Filed
Supreme Court
SCWC-16-0000784
22-JUL-2021
07:56 AM
Dkt. 40 ODAC**

SCWC-16-0000784

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BRIAN E. BENNETT and DEBRA S. BENNETT,
Respondents/Plaintiffs-Appellees/Cross-Appellants,

vs.

SAMUEL JONG HOON CHUNG and LINDA HYUNKONG CHUNG,
Petitioners/Defendants-Appellants/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000784; CIV. NO. 11-1-0882-05)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Defendants-Appellees/Cross-Appellant's
Application for Writ of Certiorari filed on June 2, 2021, is
hereby rejected.

DATED:  Honolulu, Hawai'i, July 22, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

